UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 13-23366 JKS |
| New Jersey Spine & Rehabilitation, et als | |
| | Chapter: 7 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Donald V. Biase, Successor Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk: 50 Walnut Street, 3rd Fl.**

**PO Box 1352**

**Newark, NJ  07102**

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 26, 2016 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut St, 3rd Fl., Newark, NJ 07102, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  The Trustee filed suit against Defendant Wolke Chiropractic PC, aka Wolke Chiropractic & Rehabilitation, PC seeking avoidance and recover of $7,000.00 alleged to be preferentially and/or fraudulently transferred from the Debtor New Jersey Spine & Rehabilitation to said Defendant. Defendant denies all allegations contained in the complaint. Adv pro. no.: 15-01288 JKS

 **Pertinent terms of settlement:**  Defendant Wolke Chiropractic PC, aka Wolke Chiropractic & Rehabilitation, PC shall pay the Trustee the sum of $3,000 in full settlement and release of any and all claims by the Trustee against the Defendant.  Defendant is waiving any and all claims against the Trustee, the Debtors and their bankruptcy estates.  The Trustee believes that the settlement is in the best interest of the estate and its creditors in light of the potential defenses to the action and the costs and risks associated with the litigation.

Objections must be served on, and requests for additional information directed to:

Name:         /s/    LEONARD C. WALCZYK, ESQ. – Wasserman, Jurista & Stolz, PC

Address:      110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920

Telephone No.: 973-467-2700

*rev.8/1/15*